# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES A. DOWELL,** | ) | **CASE NO. 1:06 CV 1771** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **STUART HUDSON, Warden,** | ) | Magistrate Judge Hemann |
| | ) | |
| Respondent. | ) | **ORDER** |

As stated in the attached Memorandum Opinion, the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge Hemann (Document #21) in its entirety; Petitioner's Petition for Habeas Corpus is DISMISSED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

       s/Donald C. Nugent
       DONALD C. NUGENT
       United States District Judge

DATED: April 30, 2007